UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Russell M. Ngwenya            Docket No. 5:15-MJ-1039-1

**Petition for Action on Probation**

COMES NOW Eddie J. Smith, Supervising U.S. Probation Officer of the court, presenting a petition for modification of the Judgment of Russell M. Ngwenya, who, upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level 4), was sentenced by the Honorable James E. Gates, U.S. Magistrate Judge, on April 07, 2016, to 12 months probation under the conditions adopted by the court.

On July 7, 2016, a violation report was submitted to the court reporting that the defendant tested positive for cocaine use on May 28, and June 9, 2016. Additionally, it was reported that the defendant was arrested in Maryland Heights, MO, for Tampering with Services and Stealing Value 500-24,999. The defendant is supervised in the Eastern District of Missouri by Senior U.S. Probation Officer Koda I. Hendrix who recommended a verbal reprimand for the violations and that supervision be increased. The court agreed with Officer Hendrix's recommendation and continued supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Officer Hendrix reports that the defendant tested positive for cocaine use on July 5, 2016. Additionally, Officer Hendrix reports that the defendant has not enrolled in substance abuse counseling as instructed and has not submitted written monthly reports as instructed for May or June 2016. As a result of these violations, the defendant has been provided with a written reprimand. Officer Hendrix reports that Ngwenya has reported that he is having feelings of depression, anxiety, and aggression. As a result, Officer Hendrix is recommending that the conditions of supervision be modified to include mental health counseling as directed.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate in a mental health evaluation and shall follow any recommendation of such and/or shall participate in a mental health program approved by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

                                       I declare under penalty of perjury that the foregoing is true and correct.

                                       /s/ Eddie J. Smith
                                       Eddie J. Smith
                                       Supervising U.S. Probation Officer
                                       310 Dick Street
                                       Fayetteville, NC 28301-5730
                                       Phone: 910-354-2537
                                       Executed On: August 02, 2016

**Russell M. Ngwenya**
**Docket No. 5:15-MJ-1039-1**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this 2nd day of August, 2016, and ordered filed and made a part of the records in the above case.

_____
Kimberly A. Swank
U.S. Magistrate Judge

**FOR JUDGE'S VIEW ONLY**

**DO NOT FILE**



**Russell M. Ngwenya**
**Docket No. 5:15-MJ-1039-1**